CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 24 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| DEREK T. SMITH, #32494-037 ) | |
| Petitioner, ) | Civil Action No. 7:07cv00184 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that, pursuant to 28 U.S.C. § 2241, the petition for habeas corpus shall be and hereby is **DISMISSED** and this action is hereby stricken from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 24th day of April, 2007.

_____
United States District Judge